# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHELLE STRICKLAND,**

      **Plaintiff,**

**v.**                                                                  Case No: 6:21-cv-12-ACC-GJK

**GRANADA PLAZA GROUP LLC and
KCR ENTERPRISES LLC,**

      **Defendants.**

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the claims against Defendant Granada Plaza Group LLC have been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Granada Plaza Group LLC (only) are hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose. After that 60-day period, however, dismissal of Plaintiff's claims against Defendant Granada Plaza Group LLC shall be with prejudice. The Clerk is further directed to terminate Defendant Granada Plaza Group LLC as a party.

**DONE** and **ORDERED** at Orlando, Florida on February 4, 2021.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record